**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Ohio Democratic Party,

Plaintiff,

v.

Frank LaRose, Ohio Secretary of State, *et al.,*

Defendants.

Case No. 2:26-cv-1063
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

Scheduling Order

This matter came before the Court on September 2, 2026 for a telephone conference conducted under Local Civil Rule 65.1(a). Pursuant to the agreement of the parties, the Court sets a briefing schedule for plaintiff's motion for preliminary injunction (filed August 27, 2026) as follows: defendants' brief in response to the motion is due on or before September 9, 2026; plaintiff's reply brief is due on or before September 11, 2026.

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: September 2, 2026