**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

OHIO DEMOCRATIC PARTY,

Plaintiff,

v.

FRANK LAROSE, in his official capacity as Secretary of State, the OHIO ELECTION INTEGRITY COMMISSION, D. MICHAEL CRITES, in his official capacity as Chair of the Ohio Election Integrity Commission, KARL C. KERSCHNER, in his official capacity as a member of the Ohio Election Integrity Commission, EBEN (SANDY) O. MCNAIR IV, in his official capacity as a member of the Ohio Election Integrity Commission, MATTHEW S. BROWN, in his official capacity as a member of the Ohio Election Integrity Commission, and JOHN LYALL, in his official capacity as a member of the Ohio Election Integrity Commission,

Defendants.

Case No.: 2:26-cv-01063

Judge James L. Graham

Mag. Judge Chelsey M. Vascura

**NOTICE OF STIPULATED DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of this matter without prejudice. The parties will bear their own costs.

October 2, 2026

/s/ *Julie M. Pfeiffer* (per email permission)
Julie M. Pfeiffer (0069792)*
**Lead Counsel*
Mark D. Tucker (0036855)
Tyler W. Blair (0095595)
Ann Yackshaw (0090623)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Mark.Tucker@OhioAGO.gov
Tyler.Blair@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ *J. Corey Colombo*
J. Corey Colombo (0072398)*
**Trial Attorney*
Stacey N. Hauff (0097752)
Patricia L. Roederer (0102317)
**MCTIGUE & COLOMBO, LLC**
545 East Town Street
Columbus, OH 43215
Tel: (614) 263-7000
ccolombo@electionlawgroup.com
shauff@electionlawgroup.com
proederer@electionlawgroup.com

David R. Fox**
Katie Chamblee-Ryan**
Julie Zuckerbrod**
Julianna D. Astarita**
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 948-1135
Fax: (202) 312-5904
dfox@elias.law
kchambleeryan@elias.law
jzuckerbrod@elias.law
jastarita@elias.law

*Counsel for Plaintiff*

*** Appearing pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that today, October 2, 2026, the foregoing was filed electronically with the Clerk of the Court using the Court's electronic case filing system, which will serve such filing on all counsel of record.

/s/ *Stacey N. Hauff*